FILED
02/23/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Vigo County
Indiana

(Full name of plaintiff(s))

Shane Allen Willey

v.

(Full name of defendant(s))

Toni Gilman

Parke County Sheriffs Department

& Parke County Jail Medical Provider

Case Number:

2:24-cv-00064-JRS-MKK

(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of Indiana (State), and is located at

Parke County Jail 458 W. Strawberry Road Rockville IN 47872
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant Parke County Sheriffs Department / Jail / Medical Staff
(Name)

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Parke County Sheriffs Department___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(1) Parke County Sheriffs Department, Medical Staff

(2)(3)(4) I came to the Parke County Jail on 1/2/2024. I was prescribed Methadone by a licensed physician prior to being booked in. On 1/3/2024 I started having diarrhea and became restless. I informed staff here that I was beginning to withdraw off my medication and briefly seen a nurse to have my vitals checked. I was later given Immodium and told I would have my vitals & blood pressure checked daily. This would be the only time I ever had my vitals or blood pressure checked and the only time I seen a nurse up to now 2/14/2024.

Complaint - 2

210 Indiana Admin Code 3-1-11 Medical Care & Health Service

(K) All medication shall be administered in the dosage and with the frequency prescribed. No substitutions of medication shall be made without the responsible physicians written approval

(G) Within 14 days following arrival at Jail, an Inmate ~~should~~ shall undergo a medical assessment conducted by a responsible physician or a licensed nurse.

(H) An inmate shall be informed upon admission that medical complaints shall be collected daily & responded to by medically trained personell, Qualified medical personnel shall follow up on all complaints and allocate treatment according to priority of need. A physician shall be available at least weekly to evaluate and respond to inmates medical complaints

On 1/5/24 I was taken out of the holding cell that had a camera and an emergency button and placed in general population locked in a cell without a camera or emergency button. I was placed in a cell locked down 23 hours a day due to Covid quarantine and had no way to reach out for help. The withdraw symptoms hadnt went into full effect at this time but I was still miserable and complaining about them. I was locked down in that cell for a period of 3 additional days. On 1/7/24 my body started hurting to the point it was unbearable, my mental state was in extreme distress, I had cold sweats & hot flashes, I couldnt sleep. I mentioned this to staff here but there is only a nurse here 2-3 days a week. On 1/9/2024 the symptoms were in full effect, I couldnt do anything to help myself & spoke with Jail Sergeant Natalie McCall & described my symptoms & was threatened to be taken back to medical observation if I wanted to complain. I told her I didnt want to lose my privalage of being able to shower (which helped my body aches), being able to walk the day room (which helped my mental state), and I didnt want to lose my ability to use the phone (which helped also with my mental state & my case im held on) Sergeant McCall

Complaint - 3

Complaint - 3

Stated that that was not her problem. So I was left to deal with all the extreme symptoms on my own. Never the less they were aware I was on methadone when I got here. I informed them after my first day I was feeling sick. And I continued to complain for over a week, they didn't do anything to help

(5) Why they did it, I am unsure. But I can tell you about how I was treated & how it made me feel. They left me forgot about, unattended & they were aware. They treated me & made me feel like I was another junky and thats not the case. I got prescribed methadone to help better my life and to provide me with treatment to keep me away from other things I have struggled with my entire life. This treatment program helped me significantly. When I got incarcerated here they essentially just laughed at my treatment & left me unobserved. I paid for it and am still paying for it every day. I filed grievances to no avail & I still have yet to be seen by a nurse and thats why I am praying for help through your courts.

Mental health is a serious matter & I have struggled with it my entire life. They nearly broke me completely down for my first month here & I am still being treated deliberatly indifferent by medical staff.

I just wish this facility as a whole took not only mine but everyones mental health seriously. Someone in my position likely wouldn't be able to handle the distress & anguish they put me through. Thank you for your time reading this.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like a new policy to be implemented regarding inmates mental health. Medical staff & jail officers dont pay close attention to obvious medical needs. Offenders arent properly screened by medical staff. Complaints are often blown off as irrelevant complaints & inmates are left feeling hopeless and like they are stuck with issues that need attention by professionals. I also would like to be compensated for the pain, suffering and the mental distress I was put through & continue to go through. I feel like this was some form of cruel & unusual punishment & it violated several rights I am suppose to have as a pretrial detainee. I'd like to state that even though you cant put a price on

Complaint - 4

Complaint-4

someones mental health, I was left to suffer and endure the pain & mental anguish/distress. The staff here were indifferent toward my complaints. Still to this day they haven't taken my mental health serious. It is now 2/20/2024 & I still have not seen medical except when I first arrived (on my first day)

ID like to receive $15,000 for the pain & suffering I went through & for the blatant policy violations

E.  **JURY DEMAND**

[V]  Jury Demand - I want a jury to hear my case

OR

[V]  Court Trial – I want a judge to hear my case

Dated this __14__ day of __FEBUARY__ 20__24__.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

Parke County Jail
458 Strawbery Road Rockville IN 47872
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

[✓]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.