UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SHANE ALLEN WILLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:24-cv-00064-JRS-MKK |
| PARKE COUNTY SHERIFFS DEPARTMENT, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed with prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 6/20/2025

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution:

SHANE ALLEN WILLEY
124 N. 7th Street
Clinton, IN 47842

Lisa A. Baron
Clark Johnson & Knight, Ltd.
Lbaron@cjklaw.com